## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **13–17282 – TJC**     Chapter: **7**

**SBM Certificate Company**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:      436 – Notice of Change of Address for Russell D. Bennett on behalf of Paula Thorstenson Filed by Paula Thorstenson . (Maloney–Raymond, Michelle)

PROBLEM:      **The following items are deficient for the above pleading, and must be cured by 3/27/19. (The above pleading was not signed by Paula Thorstenson).**

CURE:      The above pleading must be signed by (Paula Thorstenson) the Other Party in Interest. (Federal Bankruptcy Rule 9011(a))

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/13/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

cc:   Debtor

Attorney for Debtor – Lawrence A. Katz

Paula Thorstenson – POA for Russell D. Bennett

defntc (rev. 12/12/2016)